

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>THE HONORABLE<br>**JOSEPH H. RODRIGUEZ**<br>SENIOR JUDGE | MITCHELL H. COHEN<br>UNITED STATES COURTHOUSE<br>ONE JOHN F. GERRY PLAZA<br>CAMDEN, NJ  08101-2797<br>(856) 757-5002 |

July 16, 2019

**via cm/ecf**

Re:     **Smoker v. Pyles**,
         Civil Action No. 19-15251

Dear Counsel:

The Court has reviewed the Notice of Removal filed in the above captioned matter and has found it deficient in that it fails to properly plead the statutory requirement of diversity of citizenship. 28 U.S.C. § 1332; Fed. R. Civ. P. 8(a)(1).  A jurisdictional allegation concerning an individual must state that individual's citizenship; an allegation of residence is not sufficient.

The Court hereby grants you leave to file an amended notice of removal properly pleading the citizenship of every within twenty (20) days of the date of this letter.  Unless this deficiency is corrected within that time, your complaint will be automatically remanded by the Court for lack of subject matter jurisdiction.  Fed. R. Civ. P. 12(h)(3).

A copy of the amended notice of removal should be sent to my chambers.

Very truly yours,

 /s/ Joseph H. Rodriguez
Joseph H. Rodriguez, USDJ